# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2019

## NO.  03-17-00551-CV

**Nicholas Vincent Russo, Appellant**

**v.**

**Maria Camila Bernal, Appellee**

### APPEAL FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND KELLY
### AFFIRMED—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the trial court on June 2, 2017.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order.  Therefore, the Court affirms the trial court's order.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.